UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID HINDAL,<br><br>    PLAINTIFF,<br>v.<br><br>MULTNOMAH COUNTY, a municipal entity; JASON LOWE, VERA POOL; LINDA YANKEE; CAROL HASLER.<br><br>    DEFENDANTS. | Civil No. 3:12-CV-672-PK |

## STIPULATED ORDER OF DISMISSAL

Based on the stipulation and agreement of all parties,

**IT IS HEREBY ORDERED** that plaintiff's Complaint and all claims contained therein are dismissed with prejudice and without costs and fees.

DATED this __8__ day of __May__, 2012.

_____
U.S. District Judge

IT IS SO STIPULATED:

Dated: ___5/3/2012_____   ___/s/ Kenneth A. Kreuscher_____
                Kenneth A. Kreuscher OSB 066189
                Attorney for Plaintiff

Dated: ___5/3/2012_____   __/s/ Susan M. Dunaway_____
                Susan M. Dunaway OSB 970506
                Attorney for Defendant

1 – STIPULATED ORDER OF DISMISSAL
          Prepared by:
        Portland Law Collective, LLP
        1130 SW Morrison St, Ste 407
          Portland, OR 97205
           503-228-1889